IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 10-61311-CIV-Jordan

THOMAS E. LANNEN,

        Plaintiff,

vs.

BROWARD COUNTY SHERIFF'S OFFICE, a political subdivision of the State of Florida, KENNETH C. JENNE, II, individually and as Sheriff of Broward County, and/or AL LAMBERTI, individually and as Sheriff of Broward County, SERGEANT MUNSON individually, LARRY PASKO, individually, ARMOR CORRECTIONAL HEALTH SERVICES, INC., a Florida corporation, the BROWARD COUNTY BOARD OF COUNTY COMMISSIONERS, and multiple unknown individuals collectively known as JOHN DOE GROUP, Broward County Sheriffs Officers whose names are currently unknown,

        Defendants.

_____/

## ORDER ON DEFENDANT'S MOTION TO TAKE DEPOSITION OF CONFINED PERSON

THIS CAUSE came to be heard by the Court on the Defendant's Motion to Take Deposition of Confined Person. Defendant, pursuant to Rule 30(a)(2) of the Federal Rules of Civil Procedure, requests permission to depose Plaintiff, who is currently incarcerated at the Broward County Jail. After reviewing the file and hearing argument of counsel, it is hereby:

ORDERED:

1. Defendant Broward Sheriff's Office's Motion to Take Deposition of Plaintiff [DE-56] is GRANTED.

2. Defendant shall contact the Superintendence of the institution where Plaintiff is currently incarcerated to arrange for an appropriate time and place for the deposition.

3. Plaintiff's deposition shall be conducted according to the rules of the institution in which the Plaintiff is detained or incarcerated.

DONE AND ORDERED in Chambers at Miami Dade County, Florida this __3__ day of June, 2011.

_____
Magistrate Judge John O'Sullivan
~~Circuit Court Judge~~

Copies furnished to:
Gregg A. Toomey, Esq.
Donald E. Fucik, Esq.
Daniel L. Losey, Esq.
Tony J. Rodriguez, Esq.